IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EDWARD DIAZ, | ) | CV 19-00144 SOM-KJM |
| Plaintiff(s), | ) | |
| vs. | ) | |
| ARGON AGENCY, INC.; JOHN DOES 1-10; JANE DOES 1-10, | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT

Findings and Recommendation having been filed and served on all parties on June 17, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Complaint" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge